FILED
2013 Sep-24 AM 11:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| UNITED NATIONAL INSURANCE COMPANY, ) ) Plaintiff, ) ) v. ) ) INDIAN HARBOR INSURANCE CO., ) ET AL ) Defendants. ) | Civil Action Number: 12-cv-1926-MHH |

## MOTION FOR ADMISSION *PRO HAC VICE*

Eugene N. Bulso, Jr., pursuant to LR83.1, respectfully moves this Court for admission *pro hac vice* and, in support thereof, Mr. Bulso states as follows:

1. I am a 1986 graduate of Emory University School of Law.

2. I have been a member in good standing of the Bar of Tennessee, No. 12005, since October 1986.

3. I am a member of the bar of the United States District Court for the Middle District of Tennessee.

4. I have not been the subject of bar discipline or proceedings in any jurisdiction in which I have practiced.

5. I am a resident of the state of Tennessee and my office address is 414 Union Street, Suite 1740, Nashville, Tennessee 37219.

{00064782.DOCX / ver: }

6. I have reviewed and am familiar with the Local Rules of the Northern District of Alabama.

7. I am not currently engaged as counsel in any other action pending before the courts of this District.

8. I am counsel to defendants Middle Tennessee Lumber Company, Inc. and William D. Joyce, Jr. in *Middle Tennessee Lumber Company, Inc. et al v. Door Components, LLC, Kith Kitchens, LLC and Bo Knight*, Case No. 3:12-cv-00343, U.S. District Court for the Middle District of Tennessee.

9. Because my appearance in this action will likely be limited to the filing of a Notice of Consent to Judgment on behalf of Middle Tennessee Lumber Company, Inc. and William D. Joyce, Jr. so that a final judgment in this matter may be filed, I request that the Court waive the prescribed fee for appearance *pro hac vice*.

WHEREFORE, counsel respectfully requests that he be admitted to appear *pro hac vice* in this matter.

    s/Eugene N. Bulso, Jr.
    Eugene N. Bulso, Jr. (*pro hac vice*)
    LEADER, BULSO & NOLAN, PLC
    414 Union Street, Suite 1740
    Nashville, Tennessee  37219
    Telephone:  (615) 780-4110
    Facsimile:  (615) 780-4118
    gbulso@leaderbulso.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2013, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

s/Eugene N. Bulso, Jr.